**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HARRY PLOSS, *Individually and on Behalf of All*
*Others Similarly Situated*,

                            Plaintiff,

v.

BANKATLANITC BANCORP INC., JAMES A.
WHITE, VALERIE C. TOALSON, JARETT S.
LEVAN and ALAN B. LEVAN

                            Defendants.

07 cv. 10937 (SWK)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, a copy of the following documents were
electronically filed in accordance with the rules pertaining to electronic filing in the SDNY ECF
system.

1)    Motion Of Otis Brown and Donna Brown For Consolidation, To Be Appointed
      Lead Plaintiff And For Approval Of Lead Plaintiffs' Selection Of Lead Counsel

2)    Memorandum of Law In Support Of the Motion Of Otis Brown and Donna
      Brown For Consolidation, To Be Appointed Lead Plaintiff And For Approval Of
      Lead Plaintiffs' Selection Of Lead Counsel

3)    Declaration of Evan J. Smith In Support Of The Motion Of Otis Brown and
      Donna Brown For Consolidation, To Be Appointed Lead Plaintiff And For
      Approval Of Lead Plaintiffs' Selection Of Lead Counsel

4)    [Proposed Order] of Consolidation, Appointment of Lead Plaintiffs, And
      Approving Lead Plaintiffs' Selection of Lead Counsel

Dated: December 28, 2007                          *s/ Evan J. Smith, Esquire*
                                                  Evan J. Smith, Esquire

1