USDC SDNY
DOCUMENT
ELECTR...
DOC #:
DATE FIL... 1/9/08

# MEMORANDUM ENDORSED

**BRODSKY & SMITH, LLC**

TWO BALA PLAZA, SUITE 602
BALA CYNWYD, PA 19004

610.667.6200
FAX 610.667.9029
WWW.BRODSKY-SMITH.COM

NEW YORK OFFICE
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
516.741.4977

CALIFORNIA OFFICE
9595 WILSHIRE BLVD., SUITE 900
BEVERLY HILLS, CA 90212
310.300.8425

NEW JERSEY OFFICE
1040 KINGS HIGHWAY NORTH, SUITE 601
CHERRY HILL, NJ 08034
856.795.7250

December 26, 2007

**RECEIVED**
DEC 26 2007
JUDGE S. W. KRAM
CHAMBERS

VIA FACSIMILE

Honorable Shirley Wohl Kram
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 760
New York, NY 10007-1312

Re: Ploss v. Bank Atlantic Bancorp, Inc., et. al. 07-cv-10937.

Dear Judge Kram:

We represent two shareholders of Bank Atlantic Bancorp, Inc. who wish to seek appointment of Lead Plaintiff in the above referenced matter. This matter is a securities class action arising under the Securities Exchange Act of 1933. The Private Securities Litigation Reform Act requires any shareholder who wishes to seek the appointment of Lead Plaintiff on behalf of the putative class to move no later than 60 days from the issuance of the notice to shareholders of the pendency of a class action. As such, we respectfully request that Your Honor permit the filing of a motion for Lead Plaintiff prior to holding a status conference and/or without any pre-motion conference or meet and confer between the parties as required by your Individual practices. Thank you for your consideration of this matter and should you have any questions, we remain available at the Court's convenience.

*Application granted.*

Very truly yours,

Evan J. Smith

**SO ORDERED**
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.

Dated:
New York, NY

EJS/jf
cc: Richard Maniskas, Esquire (via regular mail)
Gregory Bradley Linkh, Esquire (via regular mail)