UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY PLOSS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BANKATLANTIC BANCORP, INC., JAMES A. WHITE, VALERIE C. TOALSON, JARETT S. LEVAN and ALAN B. LEVAN,<br><br>　　　　　　　Defendants. | **CIVIL ACTION NO.: 07-cv-10937**<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF HARRY PLOSS** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Harry Ploss hereby voluntarily dismisses the above-captioned action without prejudice. Defendants consent to this dismissal.

Dated: January 25, 2008　　　　　　　　　**MURRAY, FRANK & SAILER LLP**

　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Brian P. Murray (BM 9954)
　　　　　　　　　　　　　　　　　　　　　　Gregory Linkh (GL 0477)
　　　　　　　　　　　　　　　　　　　　　　275 Madison Avenue, Suite 801
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 682-1818
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 682-1892

　　　　　　　　　　　　　　　　　　　　　**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
　　　　　　　　　　　　　　　　　　　　　Richard A. Maniskas
　　　　　　　　　　　　　　　　　　　　　D. Seamus Kaskela
　　　　　　　　　　　　　　　　　　　　　280 King of Prussia Road
　　　　　　　　　　　　　　　　　　　　　Radnor, PA 19087
　　　　　　　　　　　　　　　　　　　　　Phone: (610) 667-7706
　　　　　　　　　　　　　　　　　　　　　Fax: (610) 667-7056

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that copy of the foregoing document was filed with the Clerk of Court by using CM/ECF, which will electronically transmit and notify all counsel of record on this the 25th day of January 2008. I also certify that the foregoing document is being served this day on all counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF, and by electronic mail to counsel identified below.

Dated: January 25, 2008        By:    /s/
                                                  Gregory Linkh (GL 0477)

| Evan J. Smith | Adam M. Schachter, Esq. |
|---|---|
| **Brodsky & Smith, L.L.C.** | **Stearns Weaver Miller Weissler** |
| 240 Mineola Blvd. | **Alhadeff & Sitterson, P.A.** |
| Mineola, NY 11501 | 150 West Flagler Street |
| Telephone: (516) 741-4977 | Miami, Florida 33130 |
| Email: esmith@brodsky-smith.com | Telephone: (305) 789-3228 |
| | Facsimile: (305) 789-2661 |
| | Email: aschachter@swmwas.com |